**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DENNIS FLORER,
                    *Plaintiff-Appellant,*

                    v.

CONGREGATION PIDYON SHEVUYIM,
N.A. Contract Chaplaincy; GARY
FRIEDMAN, Contract Chaplain;
JEWISH PRISONERS SERVICES
INTERNATIONAL, Contract
Chaplaincy,
                    *Defendants-Appellees.*

No. 07-35866

D.C. No.
CV-06-01465-RSM
Western District
of
Washington,
Seattle

ORDER

Filed July 14, 2010

Before: Robert R. Beezer, Ronald M. Gould and
Richard C. Tallman, Circuit Judges.

## ORDER

The Petition For Rehearing filed by defendants-appellees is
hereby GRANTED. The opinion filed by the panel on May 5,
2010, is withdrawn.

The parties shall file supplemental briefs addressing: (1) Is
there a genuine issue of material fact whether Florer could
only get Jewish religious materials and instruction from
defendant Congregation Pidyon Shevuyim? (2) Does evidence
in the record support the conclusion that Florer exhausted any
grievances through available levels before suing Congregation
Pidyon Shevuyim? (3) Any other factual or legal issue raised
by the petition for rehearing and for rehearing en banc, or
plaintiff-appellant's response to that petition.

Plaintiff-appellant shall file its opening supplemental brief on or before sixty days from the date of this order. Defendants-appellees shall file a responsive brief on or before thirty days from the date that plaintiff-appellant files its brief. Plaintiff-appellant may also file an optional reply brief not more than fifteen days after the responsive brief of defendants-appellees is filed. Extension of these time limits shall be granted only for good cause shown.

After all briefing has been filed, the panel shall confer about whether further oral argument will be helpful in reaching decision, and if so the Clerk of the court will make appropriate inquiries with counsel for the parties and with the panel, and then schedule this matter for reargument in Seattle.